```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 06 B 10960
    ENRICO A COVELLI
    LOUISE M COVELLI                             CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-2836     SSN XXX-XX-4960
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/02/06 and confirmed on 12/20/06.

2. The case was dismissed after confirmation, 10/31/2008.

3. The Debtor paid a total of $ 8235.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 5022.23 | .00 | 5022.23 |
| ADVENTIST HINSDALE HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| AVON PRODUCTS | UNSECURED | NOT FILED | .00 | .00 |
| BURR RIDGE FAMILY MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 502.80 | .00 | 70.67 |
| CITY OF JOLIET | UNSECURED | 50.00 | .00 | 7.03 |
| COMED | UNSECURED | 1405.92 | .00 | 197.62 |
| DOUBLEDAY BOOK CLUB | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 713.15 | .00 | 100.24 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| IQ TEL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| TRIBUTE MASTER CARD | UNSECURED | NOT FILED | .00 | .00 |
| CARDIOLOGY INTERPRETATIO | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| FINGERHUT | UNSECURED | 172.92 | .00 | 24.30 |
| JOLIET RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | 397.27 | .00 | 55.84 |
| SUBURBAN CARDIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 1915.14 | .00 | 269.19 |
| CAPITAL ONE BANK | UNSECURED | 268.23 | .00 | 37.70 |
| CAPITAL ONE BANK | UNSECURED | 1276.21 | .00 | 179.39 |

```
ASPIRE VISA              UNSECURED           675.36              .00           94.93
SNAP ON CREDIT           FILED LATE             .00              .00             .00
     Summary of disbursements:
```

----

|                     | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|---------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED  | 5022.23  | .00      | 7377.00   | .00   | 12399.23 |
| PRINCIPAL PAID      | 5022.23  | .00      | 1036.91   | .00   | 6059.14  |
| INTEREST PAID       | .00      | .00      | .00       | .00   | .00      |
| TOTAL PAID          | 5022.23  | .00      | 1036.91   | .00   | 6059.14  |

The Debtor's attorney, CHARLES R WOLF & ASSOC           , was allowed $   2400.00
and was paid $    600.00  direct and $   1800.00  through the plan.

The Trustee received $    375.86 .

Refunds to the Debtor totaled $          .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE